STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Ross.weingarten@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 21-00164 CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER |
| v. | |
| DOUGLAS JAE WOO KIM, | |
| Defendant. | |

## STIPULATION

The United States and the defendant in this action, through undersigned counsel, hereby stipulate and agree as follows:

1. The United States is prepared to produce to the defendant grand jury testimony from this investigation in advance of trial.

2. Federal Rule of Criminal Procedure 6(e)(3)(E) provides that the Court "may authorize disclosure – at a time, in a manner, and subject to any other conditions that it directs – of a grand-jury matter: (i) preliminary to or in connection with a judicial proceeding." The parties request that the Court issue an order authorizing such disclosure.

3. Possession of copies of the testimony shall be limited to the defendant and his attorneys, including any investigators, paralegals, law clerks, assistants, and other persons who are within the attorney-client privilege (hereinafter collectively referred to as "members of the defense team"). The defendant, his attorneys, and members of his defense team shall use the testimony only for the purpose of defending against the allegations in the Superseding Indictment. The defendant, his attorneys, and members of his defense team shall not provide copies of the witness statements and reports to other persons.

4. At the conclusion of this proceeding, the defendant, his attorneys, and members of his defense team shall return to the government all copies of the witness statements and reports.

DATED:  December 5, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

_____/s/_____
ROSS WEINGARTEN
Assistant United States Attorney

DATED: December 5, 2022

_____/s/_____
DEAN PAIK
Counsel for Defendant

**(PROPOSED) ORDER**

In light of the stipulation and agreement of the parties to this action, and good cause appearing, it is HEREBY ORDERED that the United States is authorized to disclose grand-jury matters to the defendant, including certain grand jury testimony.  It is FURTHER ORDERED that use of any grand jury testimony produced by the United States shall be restricted as set forth in Paragraphs 3 through 4 above.

DATED: December  5 , 2022

_____
HONORABLE CHARLES R. BREYER
United States District Court Judge