ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NOAH STERN (CABN 297476)
MAYA KARWANDE (CABN 295554)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   FAX: (415) 436-7234
   Noah.Stern@usdoj.gov
   Maya.Karwande@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 21-00164 CRB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **UNITED STATES' STATEMENT REGARDING DEFENDANT'S BOND MODIFICATION REQUEST** |
| DOUGLAS JAE WOO KIM, | ) | Judge: Hon. Thomas S. Hixson |
| Defendant. | ) | |

    In connection with Defendant Douglas Jae Woo Kim's request that the Court relax the conditions of his pretrial release, the government requests that the Court (Hon. Thomas S. Hixson) review the following filings made by the government in this case, which are relevant to the economic danger Mr. Kim poses to the community:

| ECF Number | Description of Filing |
|---|---|
| 157 | United States' Motion to Order Defendant Detained (Apr. 16, 2024) |
| 157-1 (Under Seal Version) | Declaration of FBI Special Agent Jennifer Barnard in Support of United States' Motion for Detention (Apr. 16, 2024) |

| ECF Number | Description of Filing |
|---|---|
| 181 | United States' Notice of New Information Regarding Defendant's Pretrial Release Conduct (May 1, 2024) |
| 181-1 (Under Seal Version) | Declaration of FBI Special Agent Jennifer Barnard in Support of United States' Notice of New Information Regarding Defendant's Pretrial Release Conduct (May 1, 2024) |
| 195 | Second Superseding Indictment (¶¶ 22-30 & Count 7) |

At the hearing, the government may reference the transcripts of the detention hearings held before Judge Breyer on April 22, 2024 and April 24, 2024 (ECF 186 & 187) but is not requesting that the Court review these transcripts in advance of the hearing.

DATED: July 25, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
NOAH STERN
MAYA KARWANDE
Assistant United States Attorneys