UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 21-CR-00164 CRB |
| Plaintiff, | ) |
| | ) VERDICT FORM |
| v. | ) |
| DOUGLAS JAE WOO KIM, | ) |
| Defendant. | ) |

X  We, the members of the jury in this action, have reached the following unanimous verdict with respect to each of the following counts of the Indictment:

**COUNT ONE**:  Wire Fraud in violation of 18 U.S.C. § 1343, by means of an electronic message from Mr. Kim to Josh Klein, sent on or about May 30, 2018.

We find the defendant, Douglas Jae Woo Kim:

Guilty  ✓           Not Guilty _____

**COUNT TWO**:  Wire Fraud in violation of 18 U.S.C. § 1343, by means of wire transfer of $20,000 from the bank account of John Sutton at J.P. Morgan Chase to the bank account of Mr. Kim ending in -0203 at Bank of America, sent on or about October 23, 2018.

We find the defendant, Douglas Jae Woo Kim:

Guilty  ✓           Not Guilty _____

VERDICT FORM  
21-CR-00164 CRB

1

**COUNT THREE:** **Wire Fraud in violation of 18 U.S.C. § 1343**, by means of an electronic message from Mr. Kim to Josh Klein, sent on or about May 21, 2019.

We find the defendant, Douglas Jae Woo Kim:

Guilty ____✓____          Not Guilty _____

**COUNT FOUR:** **Wire Fraud in violation of 18 U.S.C. § 1343**, by means of wire transfer of $30,000 from the bank account of Daniel Weng at J.P. Morgan Chase to the bank account of Mr. Kim ending in -0203 at Bank of America, sent on or about June 20, 2019.

We find the defendant, Douglas Jae Woo Kim:

Guilty ____✓____          Not Guilty _____

**COUNT FIVE:** **Wire Fraud in violation of 18 U.S.C. § 1343**, by means of wire transfer of $30,000 from the bank account of J.B. Bakst at Wells Fargo to the bank account of Mr. Kim ending in -0203 at Bank of America, sent on or about June 27, 2019.

We find the defendant, Douglas Jae Woo Kim:

Guilty ____✓____          Not Guilty _____

VERDICT FORM
21-CR-00164 CRB

2

**COUNT SIX**: **Wire Fraud in violation of 18 U.S.C. § 1343**, by means of an electronic message from Mr. Kim to Charles Reim and Richard Rines, sent on or about July 12, 2019.

We find the defendant, Douglas Jae Woo Kim:

Guilty ✓            Not Guilty _____

**COUNT EIGHT**: **Money Laundering in violation of 18 U.S.C. § 1956(a)(2)(A)**, by means of the transfer of approximately 6.796 Bitcoin (from funds received from Taotao He) from Mr. Kim's account at Bittrex to Nitrogen Sports, occurring on or about December 1, 2017.

We find the defendant, Douglas Jae Woo Kim:

Guilty ✓            Not Guilty _____

**COUNT NINE**: **Money Laundering in violation of 18 U.S.C. § 1956(a)(2)(A)**, by means of the transfer of approximately 0.96 Bitcoin (from funds received from Josh Klein) from Mr. Kim's account at Bittrex to Nitrogen Sports, occurring on or about March 2, 2018.

We find the defendant, Douglas Jae Woo Kim:

Guilty _____            Not Guilty ✓

VERDICT FORM
21-CR-00164 CRB
3

**COUNT TEN:** Money Laundering in violation of 18 U.S.C. § 1956(a)(2)(A), by means of the transfer of approximately 3.5 Bitcoin (from funds received from Andy Bromberg) from Mr. Kim's account at Kraken to Nitrogen Sports, occurring on or about July 16, 2018.

We find the defendant, Douglas Jae Woo Kim:

Guilty ___✓___            Not Guilty _____

**COUNT ELEVEN:** Money Laundering in violation of 18 U.S.C. § 1956(a)(2)(A), by means of the transfer of approximately $19,500 (from funds received from John Sutton) to Mr. Kim's account at Gemini, in which the money was exchanged for Bitcoin, and subsequent transfer to Mr. Kim's account at Binance and then to Nitrogen Sports, occurring on or about October 23, 2018.

We find the defendant, Douglas Jae Woo Kim:

Guilty ___✓___            Not Guilty _____

VERDICT FORM
21-CR-00164 CRB

4

**COUNT TWELVE**: **Money Laundering in violation of 18 U.S.C. § 1956(a)(2)(A), by means of the transfer of approximately 6.9 Bitcoin (from funds received from Josh Klein) from Mr. Kim's account at Kraken to Fairlay, occurring on or about May 21, 2019.**

We find the defendant, Douglas Jae Woo Kim:

Guilty ✓ _____          Not Guilty _____

**COUNT THIRTEEN**: **Money Laundering in violation of 18 U.S.C. § 1956(a)(2)(A), by means of the transfer of approximately 23.47 Bitcoin (from funds received from Charles Reim) from Mr. Kim's account at Kraken to Fairlay, occurring on or about July 12, 2019.**

We find the defendant, Douglas Jae Woo Kim:

Guilty ✓ _____          Not Guilty _____

VERDICT FORM
21-CR-00164 CRB

5

**COUNT FIFTEEN**:       **Money Laundering in violation of 18 U.S.C. § 1957**, by means of the transfer of approximately $30,000 received from J.B. Bakst from Mr. Kim's account ending in -0203 at Bank of America to Mr. Kim's account at Gemini, occurring on or about June 27, 2019.

We find the defendant, Douglas Jae Woo Kim:

Guilty ___✓___                                     Not Guilty _____

**COUNT SIXTEEN**:       **Money Laundering in violation of 18 U.S.C. § 1957**, by means of the transfer of approximately $60,000 received from Lawrence Diao from Mr. Kim's account ending in -0203 at Bank of America to Mr. Kim's account at Gemini, occurring on or about August 16, 2019.

We find the defendant, Douglas Jae Woo Kim:

Guilty ___✓___                                     Not Guilty _____

VERDICT FORM                                          6
21-CR-00164 CRB

**COUNT SEVENTEEN**:   Money Laundering in violation of 18 U.S.C. § 1957, by means of the transfer of approximately $15,000 (from funds received from Michael Yi) from Mr. Kim's account ending in -7061 at Fidelity to Darren Xu's account at Citibank, occurring on or about June 2, 2020.

We find the defendant, Douglas Jae Woo Kim:

Guilty __✓__                                    Not Guilty _____

DATED: __Feb. 26, 2025__          __Matthew Scott__
                                                              FOREPERSON

VERDICT FORM                                    7
21-CR-00164 CRB

Feb. 26, 2025 · Matthew Scott