JODI LINKER
Federal Public Defender
Northern District of California
CARMEN A. SMARANDOIU
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
Email:          Carmen_Smarandoiu@fd.org

Counsel for Defendant Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS JAE WOO KIM,<br><br>Defendant. | Case No.: CR 21-164-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING ACCESS TO SEALED TRIAL EXHIBITS** |

The Office of the Federal Public Defender for the Northern District of California, through Assistant Federal Public Defender Carmen A. Smarandoiu, represents Defendant Douglas Jae Woo Kim in his appeal before the Ninth Circuit, Ninth Cir. No. 25-4718. The parties hereby stipulate that the Court grant appellate counsel access to the exhibits admitted and offered at Mr. Kim's trial, and lodged with the Court on May 2, 2025. *See* Dkt. No. 420 (Notice of manual filing of trial exhibits); Dkt. No. 421 (Joint certification of counsel regarding admitted and offered trial exhibits). The Court's order is necessary because the exhibits are under seal. *See* Dkt. No. 408 (sealing order).

        **IT IS SO STIPULATED**.

1

Date:  March 11, 2026

s/Carmen Smarandoiu

_____
CARMEN A. SMARANDOIU
Assistant Federal Public Defender

Date:  March 11, 2026

s/Noah Stern

_____
NOAH STERN
Assistant United States Attorney

**IT IS SO ORDERED**.

Date:  March 11, 2026

_____
HON. CHARLES BREYER
Senior United States District Judge